# IN THE SUPREME COURT OF THE STATE OF NEVADA

PNC MORTGAGE, A DIVISION OF PNC BANK, A FOREIGN CORPORATION,
Appellant,

vs.

BRANKO BORGUDAN,
Respondent.

No. 73473

FILED

NOV 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Kathleen E. Delaney, District Judge
      Janet Trost, Settlement Judge
      Ballard Spahr LLP
      Huggins & Maxwell, Ltd.
      Eighth District Court Clerk

17-39089